UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OUR CHILDREN'S EARTH FOUNDATION,

    Plaintiff,

v.

ANDREW WHEELER,

    Defendant.

No. C 19-07125 WHA

**ORDER DENYING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The case management conference in this matter, originally scheduled for January 2020, has already been continued three times at the request of the parties, who have stated that they have reached an agreement in principle. No more continuances will be granted. The August 6 telephonic case management conference and all related deadlines remain on calendar.

**IT IS SO ORDERED.**

Dated: July 21, 2020.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE