HUBERT T. LEE (NY Bar No. 4992145)
Hubert.lee@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorney for Defendant*

CHRISTOPHER SPROUL (CA Bar No. 126398)
csproul@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-07125-WHA<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO ENTER CONSENT DECREE**<br><br>Action filed: October 29, 2019 |

Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA") and Plaintiff Our Children's Earth Foundation ("OCE") (collectively "Parties") jointly move to enter the attached proposed Consent Decree, Ex. 1. In support of this motion, the Parties state as follows:

1. OCE's Complaint (Dkt. No. 1) in this action was filed pursuant to section 304 of the Clean Air Act ("CAA"), 42 U.S.C. § 7604, alleging that under the CAA and its regulations, EPA is required to review and revise certain emissions standards for new sources under the New Source Performance Standards ("NSPSs"), and for listed sources under the National Emission Standards for Hazardous Air Pollutants ("NESHAPs"), every eight years. *See* 42 U.S.C. § 7411(b)(l)(B), 42 U.S.C. § 7412(d)(6). OCE further contends that in light of these requirements, EPA has missed the statutory deadlines to complete one or more of the required regulatory duties for seven (7) categories of sources of air emissions. Dkt. 1 ¶ 1.

2. In Claim 1, OCE alleges that EPA violated CAA section 111(b)(1)(B), 42 U.S.C. § 7611(b)(1)(B), by failing to review and either revise or determine not to revise NSPSs for four categories: (1) Industrial Surface Coating: Surface Coating of Plastic Parts for Business Machines, (2) Automobile and Light Duty Truck Surface Coating Operations, (3) Lead-Acid Battery Manufacturing Plants, and (4) Secondary Lead Smelters. Dkt. 1 ¶¶ 2, 86.

3. In Claim 2, OCE alleges that EPA violated CAA section 112(d)(6), 42 U.S.C. § 7612(d)(6), by failing to review and either revise or determine not to revise NESHAPs for three categories: (1) Paint Stripping and Miscellaneous Surface Coating Operations at Area Sources, (2) Lead Acid Battery Manufacturing Area Sources, and (3) Dry Cleaning Facilities: National Perchloroethylene Air Emission Standards. Dkt. 1 ¶¶ 3, 89.

4. The Parties have resolved all claims by the proposed Consent Decree, which is attached hereto as Exhibit 1.

5. The proposed Consent Decree sets reasonable deadlines for EPA to review emissions standards for all seven categories included in the Complaint and for EPA to make a final decision on these standards. Ex. 1 ¶¶ 2-8.

6. Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the Federal Register on July 24, 2020. *Notice*, 85 Fed. Reg. 44,888 (July 24, 2020). The notice and comment process is now complete. EPA received one comment that did not advocate for withholding consent and did not disclose information that would indicate that EPA should withhold consent. See Ex. 2, Comments on Proposed Consent Decree.

7. Through the proposed Consent Decree, EPA and OCE indicate their agreement that the Consent Decree is fair, reasonable, and in the public interest.

8. The Parties now jointly request that the Court enter the proposed Consent Decree.

Dated: October 14, 2020                    Respectfully Submitted,

/s/ *Hubert T. Lee*
HUBERT T. LEE (NY Bar #4992145)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.1116
Washington, D. C.  20002
Hubert.lee@usdoj.gov
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorney for Defendant*

/s/ *Christopher Sproul*
CHRISTOPHER SPROUL (CA Bar #126398)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
csproul@enviroadvocates.com
Telephone (415) 533-3376
Facsimile (415) 358-5695

*Attorney for Plaintiff*

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Plaintiff has concurred in the filing of this document.

s/ Hubert T. Lee
Hubert T. Lee
Counsel for Defendant
