Christopher Sproul (State Bar No. 126398)
Stuart Wilcox (State Bar No. 327726)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, CA 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
wilcox@envrioadvocates.com

*Attorneys for Our Children's Earth Foundation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-07125-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE PENDING PAYMENT OF COSTS OF LITIGATION** |

Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA") and Plaintiff Our Children's Earth Foundation ("OCE") (collectively "Parties") hereby stipulate to and respectfully request that the Court enter the attached order staying this case for forty-five (45) days, to January 15, 2021.

WHEREAS on October 20, 2020, the Court entered the Parties' proposed consent decree, which provides dates by which EPA will act regarding the alleged violations of the Clean Air Act at issue in this case and which resolves all outstanding issues in this case apart from OCE's costs of litigation;

1    WHEREAS, on December 1, 2020 the parties entered into a settlement agreement
2 resolving OCE's claim for its costs of litigation in this matter;
3    WHEREAS the aforementioned settlement agreement provides that the Parties
4 will jointly stipulate to dismissal of this lawsuit upon EPA's payment of the agreed-upon
5 costs of litigation;
6    WHEREAS the Parties believe that judicial economy would be served if the case is
7 stayed for a short period of time in which to allow EPA to request, and for the U.S.
8 Department of the Treasury to issue, the aforementioned payment of fees and costs in this
9 matter;
10   WHEREAS the Parties jointly stipulate and respectfully request that the Court
11 enter an order staying the case for 45 days, until January 15, 2021.

12 Dated: December 1, 2020           Respectfully Submitted,

 /s/ *Hubert T. Lee*
HUBERT T. LEE (NY Bar #4992145)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.1116
Washington, D. C.  20002
Hubert.lee@usdoj.gov
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorney for Defendant*

/s/ *Stuart Wilcox*
STUART WILCOX (CA Bar #327726)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
wilcox@enviroadvocates.com
Telephone (720) 331-0385
Facsimile (415) 358-5695

*Attorney for Plaintiff*

JOINT STIPULATION TO STAY THE CASE PENDING PAYMENT OF COSTS OF LITIGATION
CASE NO. 3:19-CV-07125-WHA

**[PROPOSED] ORDER**

Before the Court is the Parties' Stipulation to Stay the Case Pending Payment of Costs of Litigation. Upon due consideration, and for good cause shown, the Parties' request is hereby GRANTED. It is further ordered that all deadlines in this case are now canceled and that the Parties shall now file either a stipulated dismissal or a joint status report with the Court on January 15, 2021.

PURSUANT TO STIPULATION IT IS SO ORDERED.

_____DATED this \_\_\_\_\_day of _____, 2020.

_____
William H. Alsup
United States District Court Judge