1 | Christopher Sproul (State Bar No. 126398)
2 | Stuart Wilcox (State Bar No. 327726)
  | ENVIRONMENTAL ADVOCATES
3 | 5135 Anza Street
  | San Francisco, California 94121
4 | Telephone: (415) 533-3376
  | Facsimile: (415) 358-5695
5 | Email: csproul@enviroadvocates.com
  |          stuart.wilcox5@gmail.com
6 |
7 | Attorneys for Plaintiff
  | Our Children's Earth Foundation
8 |
  | TODD KIM
9 | Assistant Attorney General
10 |
  | Hubert Lee (NY Bar #4992145)
11 | Environmental Defense Section
  | Environment and Natural Resources Division
12 | U.S. DEPARTMENT OF JUSTICE
  | P.O. Box 7611
13 | Washington, DC 20044
14 | Attorneys for Defendant
15 | UNITED STATES DISTRICT COURT
16 | NORTHERN DISTRICT OF CALIFORNIA
17 |

| | |
|---|---|
| 18 OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, | Civil Case No. 3:19-cv-7125-WHA |
| 19 | |
| 20 Plaintiff, | **THIRD STIPULATION TO MODIFY CONSENT DECREE DEADLINE AND** |
| 21 | **PROPOSED ORDER** |
| 22 v. | |
| 23 ANDREW WHEELER, in his official capacity as Administrator of the United States | |
| 24 Environmental Protection Agency, | |
| 25 | |
| 26 Defendant. | |
| 27 | |
| 28 | |

THIRD STIPULATION TO MODIFY CONSENT DECREE DEADLINE
CASE NO. 3:19-CV-7125-WHA

Pursuant to Civil L.R. 6-1(b), 6-2, 7-12, and paragraph 11 of the Consent Decree ("Consent Decree") entered in this case (Dkt. No. 32-1), Plaintiff, Our Children's Earth Foundation, and defendants, the United States Environmental Protection Agency *et al*. ("EPA"), (together, "the Parties") stipulate to further continue the deadline for the appropriate EPA official to sign either: (i) a final rule containing revisions to National Emissions Standard for Hazardous Air Pollutants ("NESHAP") Subpart M under section 112(d)(6) of the Clean Air Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart M, extending the deadline from February 1, 2024 to **December 15, 2024**.

On October 14, 2020, the Parties filed a motion to approve the Consent Decree to resolve claims Plaintiff brought against EPA. Dkt. No. 32. The Consent Decree included several deadlines where EPA (1) agreed to either review or revise New Source Performance Standards ("NSPS") and NESHAPs governing a number of sources by dates certain and (2) agreed to sign either final rules or final determinations not to revise NSPSs and NESHAPs governing a number of sources by dates certain. *See* Consent Decree ¶¶ 2-8. The Court signed the Consent Decree on October 20, 2020. Dkt. No. 33.

Paragraph 11 of the Consent Decree provides that "[t]he deadlines set forth in Paragraphs 2–8 hereof may be modified only by: (a) written stipulation of the Parties with notice to the Court; or (b) the Court following motion of any party to this Consent Decree, pursuant to the Federal Rules of Civil Procedure, and upon consideration of any response by the non-moving party." Consent Decree ¶ 11.

Paragraph 8.b of the Consent Decree specifically establishes that "EPA shall sign either: (i) a final rule containing revisions [to the Dry Cleaning Facilities: National Perchloroethylene Air Emission Standards NESHAP] Subpart M under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart M" by no later than December 1, 2022. Consent Decree ¶ 8.b.

Invoking Paragraph 11 of the Consent Decree, on August 18, 2022, the Parties stipulated to continue the December 1, 2022 deadline to June 1, 2023. Dkt. Nos. 41, 42. On April 11, 2023, the Parties stipulated to further continue the June 1, 2023 deadline to February 1, 2024. Dkt. Nos. 43, 44. The Parties now stipulate to continue the deadline to December 15, 2024.

1    The Parties agree that continuing the current February 1, 2024 deadline to December 15, 2024

2    for EPA to take final action as noted above is fair, reasonable, and in the public's interest.

3    On December 14, 2022, EPA published a revised risk determination under the Toxic Substances

4    Control Act ("TSCA") with respect to Perchloroethylene ("PCE") concluding "that PCE, as a whole

5    chemical substance, presents an unreasonable risk of injury to health when evaluated under its

6    conditions of use." 87 Fed. Reg. 76481 (Dec. 14, 2022); *see also* 15 U.S.C. § 2605(a) (when EPA

7    determines that a chemical substance presents an unreasonable risk to health, TSCA requires EPA to

8    promulgate a rule "to the extent necessary so that [the chemical substance] no longer presents such

9    risk"). Accordingly, EPA has begun developing a TSCA regulation with respect to PCE. 87 Fed. Reg. at

10   76487. Because the forthcoming final TSCA rule regulating PCE will likely impact how EPA may

11   address a NESHAP amendment for PCE with respect to dry cleaning facilities, the Parties stipulated for

12   a continuance of the deadline for EPA to take final action with respect to a NESHAP amendment for

13   PCE with respect to dry cleaners from June 1, 2023 to February 1, 2024, which was granted by this

14   Court on May 8, 2023. Dkt. Nos. 43, 44.

15   Since then, there has been further progress with respect to EPA's TSCA PCE rulemaking. On

16   June 16, 2023, EPA published a notice of proposed rulemaking to address the unreasonable risk of

17   injury to human health presented by PCE. *See* "Perchloroethylene (PCE); Regulation Under the Toxic

18   Substances Control Act (TSCA)," 88 Fed. Reg. 39652 (June 16, 2023). EPA now anticipates publishing

19   its final rule around August 2024. *See* OMB "Perchloroethylene (PCE); Rulemaking Under the Toxic

20   Substances Control Act (TSCA)" Regulation Agenda, *available at*

21   https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202304&RIN=2070-AK84 (last accessed

22   November 8, 2023). Because the forthcoming final TSCA rule regulating PCE will not be published

23   until the summer of 2024, the Parties agree that EPA will need more time to consider what final action it

24   will take with respect to a NESHAP amendment for PCE emissions at dry cleaning facilities and agree

25   that an extension of the Consent Decree deadline to December 15, 2024 is reasonable.

26   The Parties have sought just two other modifications with respect to deadlines set forth in the

27   Consent Decree and EPA has met every other Consent Decree deadline thus far. *See* Consent Decree ¶¶

2.a, 2.b, 3.a, 3.b, 4.a, 4.b, 5.a, 6.a, 6.b, 7.a, 7.b, 8.a.

1    THEREFORE, the Parties stipulate to and request that the Court enter an order continuing the

2    existing deadline of February 1, 2024 for the appropriate EPA official to sign "either: (i) a final rule

3    containing revisions to [to the Dry Cleaning Facilities: National Perchloroethylene Air Emission

4    Standards NESHAP] Subpart M under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a

5    final determination under section 112(d)(6) not to revise NESHAP Subpart M" to **December 15, 2024**.

6    Respectfully submitted,

7    For Plaintiff:

8                           _/s/ Stuart Wilcox_____
                            Stuart Wilcox (State Bar No. 327726)

9                           ENVIRONMENTAL ADVOCATES
                            5135 Anza Street

10                          San Francisco, California 94121
                            Telephone: (720) 331-0385

11                          Fax: (415) 358-5695
                            Email: wilcox@enviroadvocates.com,

12

13                          Attorney for Plaintiff
                            Our Children's Earth Foundation

14
     Dated: _November 15, 2023

15

16   For Defendant:

17                          Todd Kim
                            Assistant Attorney General
                            Environment & Natural Resources Division

18

19                          _/s/ Hubert T. Lee_____

20                          Hubert Lee
                            Environmental Defense Section

21                          Environment and Natural Resources Division
                            U.S. Department of Justice

22                          P.O. Box 7611
                            Washington, D.C. 20044

23   Dated: _November 15, 2023_

24

25

26

27

1    PURSUANT TO STIPULATION, IT IS SO ORDERED this _____ day of _____, 2023

2

3                                              _____

4                                              Hon. William Alsup
                                               United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27